UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX FACUNDO,<br><br>                Petitioner,<br><br>     v.<br><br>L.E. SCRIBNER, Warden,<br><br>                Respondent. | Case No. CV 05-7527-GW(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    DATED: July 26, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE